UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL M. MITUNIEWICZ,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C07-5478FDB

ORDER TRANSFERRING SECOND 2255 PETITION TO NINTH CIRCUIT and DIRECTING CASE TO BE ADMINISTRATIVELY CLOSED

    Petitioner requests that this Court "... to amend my sentence and judgment are erase paragraphs #3 and #5 of page 4 of 6 ..." of the attached April 4, 2003 Judgment in Cause No. CR02-6044FDB. On January 9, 2006, this Court denied a previous 2255 petition filed by Mituniewicz. The current petition, being successive to the first petition, must be transferred to the Ninth Circuit for review.

    ACCORDINGLY, IT IS ORDERED:   This petition is TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION, and the Clerk shall administratively close this file.

    DATED this 14th day of September, 2007.

                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE

ORDER - 1